UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND, | **Case No. CV 24-9068-GW-Ex**<br><br>**JUDGMENT AGAINST DEFENDANT MAKELELE SYSTEMS LANDSCAPE & MAINTENANCE, INC.** |

      Plaintiffs,

  vs.

///

///

1306135v1  11157-34007                                                                                                                                                                                       Judgment

| | |
|---|---|
| | MAKELELE SYSTEMS LANDSCAPE & MAINTENANCE, INC., a California corporation also doing business as "Makelele Systems Landscape Maintenance" and "Makelele Systems," and JOSE GUADALUPE CARDENAS ARELLANO, an individual also known as "Jose Cardenas," <br><br> Defendants. |

This action having been commenced on October 21, 2024, and the Court having approved the stipulation for entry of judgment in favor of Plaintiffs and against Defendant Makelele Systems Landscape & Maintenance, Inc., and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs, Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Pensioners and Surviving Spouses Health Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the Plumbers and Pipefitters National Pension Fund, and Trustees of the International Training Fund shall recover from Defendant Makelele Systems Landscape & Maintenance, Inc., a California corporation also doing business as "Makelele Systems Landscape Maintenance" and "Makelele Systems," the principal amount of $100,000.000, plus post-judgment interest calculated at 6.75% per annum from November 14, 2025, until paid in full.

Dated: August 12, 2025

_____
HON. GEORGE H. WU,
United States District Judge